1 | Joseph G. Sauder (*pro hac vice*)
2 | SAUDER SCHELKOPF LLC
  | 1109 Lancaster Avenue
3 | Tel: 610-200-0580
  | Fax: 610-421-1326
  | jgs@sstriallawyers.com

4 | *Attorney for Plaintiff*

5 | Robert E. Freitas (SBN 80948)
6 | rfreitas@fawlaw.com
  | FREITAS & WEINBERG LLP
7 | 350 Marine Parkway, Suite 200
  | Redwood Shores, California 94065
8 | Telephone:(650) 593-6300
  | Facsimile: (650) 593-6301

9 | *Attorney for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUELYN KLEINER, on behalf of herself and all others similarly situated, | Case No.: 3:20-cv-04591-EMC |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| DIGITAL MEDIA ACADEMY, INC. d/b/a MEDIA ACADEMY LIMITED PARTNERSHIP, | |
| Defendant. | |

Plaintiff Jaquelyn Kleiner and Defendant Digital Media Academy Corp. stipulate as follows pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

The claims asserted by Ms. Kleiner in her individual capacity are dismissed with prejudice. The claims asserted on behalf of a putative class are dismissed without prejudice. No class has been certified and no motion for class certification is pending.  Plaintiff and Defendant shall each bear their own costs.

Dated: April 13, 2021

Signed:  */s/ Joseph G. Sauder*
Joseph G. Sauder (*phv*)
Attorney for Plaintiff

Signed: */s/ Robert E. Freitas*
Robert E. Freitas
Attorney for Defendant